■ ESTELLA HARRELL et al., Appellants, v HOOKER CHEMICALS & PLASTICS CORP., Formerly HOOKER CHEMICAL CORPORATION, et al., Respondents. — Judgment unanimously affirmed, without costs, for reasons stated in memorandum decision at Supreme Court, Francis, J. (Appeal from judgment of the Supreme Court, Niagara County, Francis, J. — recover insurance proceeds.) Present — Dillon, P. J., Hancock, Jr., O'Donnell, Moule and Schnepp, JJ.